SEALED

FILED
MAR 18 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 9 2 - JDR |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| JOHN GREGORY GARZA, a/k/a "Mikey Chuddington," a/k/a "Jonathan Davis," | [COUNTS ONE and TWO: 18 U.S.C. § 875(c) – Interstate Communication of Threat to Injure; COUNT THREE: 18 U.S.C. § 2261A(2) – Cyberstalking] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 875(c)]

On or about June 8, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another, A.S., a person known to the Grand Jury.

All in violation of Title 18, United States Code, Section 875(c).

## SPECIAL FINDING – COUNT ONE

Defendant **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," intentionally selected A.S. as the target of his offense because of the actual and perceived race, color, ethnicity and gender of any person.

## COUNT TWO
[18 U.S.C. § 875(c)]

On or about June 8, 2024, in the Northern District of Oklahoma and elsewhere, the defendant, **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another, M.S., a person known to the Grand Jury.

All in violation of Title 18, United States Code, Section 875(c).

## SPECIAL FINDING - COUNT TWO

Defendant **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," intentionally selected M.S. as the target of his offense because of the actual and perceived gender of M.S.

## COUNT THREE
### [18 U.S.C. § 2261A(2)]

On or about June 8, 2024, in the Northern District of Oklahoma and elsewhere, the defendant **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," with the intent to harass and intimidate another person, A.S., a person known to the Grand Jury, knowingly used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that placed A.S. in reasonable fear of serious bodily injury to a person, and that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to A.S.

All in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b)(5).

## SPECIAL FINDING - COUNT THREE

Defendant **JOHN GREGORY GARZA**, a/k/a "Mikey Chuddington," a/k/a/ "Jonathan Davis," intentionally selected A.S. as the target of his offense because of the actual and perceived race, color, ethnicity and gender of any person.

CLINTON J. JOHNSON
United States Attorney
Northern District of Oklahoma

_____
SHAKEMA M. ONIAS
Assistant United States Attorney

A TRUE BILL

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson

MAC WARNER
Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice

_____
CHLOE M. NEELY
Trial Attorney
Civil Rights Division